UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE HURRICANE SANDY CASES

**ORDER**
14 MC 41

------------------------------------------------------------X

THIS DOCUMENT APPLIES TO:
**ALL RELATED CASES**

------------------------------------------------------------X

Any motions to quash the attached subpoenas must be filed on or before **May 18, 2015 at 12:00 p.m. EST**.

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**
Dated: Brooklyn, New York
       May 15, 2015

S/*Cheryl L. Pollak*

Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York