UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

IN RE HURRICANE SANDY CASES

THIS DOCUMENT APPLIES TO:
Docket No. 15 CV 2540 (ERK) (VMS)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 05 2016 ★
BROOKLYN OFFICE

14 MC 41

DANIEL TREZZA, DDS,

              Plaintiff,

- against -

CHARTER OAK FIRE INSURANCE COMPANY,

              Defendant.

15 CV 2540 (ERK) (VMS)

ECF Case

STIPULATION OF
VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties to the above-entitled action, that the above-entitled action be, and the same hereby is voluntarily dismissed without prejudice, without costs or disbursements to any party against any other, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). This stipulation may be filed with the Court without further notice to any party.

Dated: New York, New York
    ~~October 23~~ 2015
    November

[SIGNATURES ON FOLLOWING PAGE]

| MCDONALD LAW FIRM | LAZARE POTTER & GIACOVAS, LLP |
|---|---|
| By: *[signature]* | By: *[signature]* |
| David Boohaker, Esq.<br>3100 West 7th Street, Suite 230<br>Fort Worth, Texas 76107<br>(817) 717-5081 (direct)<br>david@mcdonaldlawfirm.com<br>*Attorney for Plaintiff* | Marci Goldstein Kokalas, Esq.<br>875 Third Avenue, 28th floor<br>New York, New York 10022<br>(212) 758-9300<br>(212) 888-0919<br>mgoldstein@lpgllp.com<br>*Attorneys for Charter Oak Fire Insurance Company* |

So Ordered   s/ERK